**Order filed March 8, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00031-CV
_____

## PATROCINIA SERRANO, AURORA GUZMAN, & GERTRUDE VELASQUEZ, Appellants

## V.

## JOSE ANGEL SERRANO, Appellee

**On Appeal from Probate Court No 2
Harris County, Texas
Trial Court Cause No. 448463**

## ORDER

The notice of appeal in this case was filed January 17, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. On February 1, 2022, this court notified appellant that the appeal was subject to dismissal unless appellant paid the appellate filing fee on or before February 11, 2022. No response was filed.

Further, the clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On February 11, 2022, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record on or before February 28, 2022. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to:

(1) pay the filing fee in the amount of $205.00 to the clerk of this court on or before **March 18, 2022**, and

(2) demonstrate to this court that arrangements to pay for the clerk's record have been made on or before **March 23, 2022**.

*See* Tex. R. App. P. 5 and 35.3(c). If appellant fails to do so, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c) and 37.3(b).

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.

2